# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Helen A. Cofield, ) | Civil Action No. 6:13-cv-2603 DCN |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| Carolyn W. Colvin, Acting Commissioner ) | |
| of Social Security Administration, ) | |
| ) | |
| Defendant. ) | |

The above referenced Social Security case is before this court upon plaintiff's motion for attorney's fees. Plaintiff filed this petition on January 22, 2015. Defendant filed a response on February 9, 2015, stating that the parties have agreed to a reduced award of $6,264.50 in attorney's fees under the Equal Access to Justice Act ("EAJA").

**IT IS THEREFORE ORDERED** that the motion for attorney's fees is **GRANTED** in the amount of $6,264.50 in attorney's fees under EAJA.

**AND IT IS SO ORDERED**.

David C. Norton
United States District Judge

February 10, 2015
Charleston, South Carolina